UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re China Medical Technologies, Inc. _____ <br><br> Kenneth M. Krys, the Foreign Representative of China Medical Technologies, Inc., <br><br>                     Appellant, <br><br>                     -v- <br><br> Paul, Weiss, Rifkind, Wharton & Garrison LLP, et al., <br><br>                     Appellees. | No. 15-cv-00167-RA <br><br> ECF CASE <br><br> **NOTICE OF WITHDRAWAL OF APPELLANT'S MOTION FOR REHEARING OR CLARIFICATION** |

Appellant, Kenneth M. Krys, the Foreign Representative of China Medical Technologies, Inc., hereby withdraws Appellant's Motion for Rehearing or Clarification, filed October 13, 2015. [Dkt. 34.]

Dated: October 27, 2015        Respectfully submitted,

                               LEWIS BAACH PLLC

                               By: *s/ Jack B. Gordon*
                               Eric L. Lewis
                               Jack B. Gordon
                               1899 Pennsylvania Ave., NW, Suite 600
                               Washington, DC 20006
                               Tel: 202-833-8900
                               Fax: 202-466-5738
                               eric.lewis@lewisbaach.com
                               jack.gordon@lewisbaach.com

                               *Attorneys for the Foreign Representative*