UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



In re China Medical Technologies, Inc.

---

Kenneth M. Krys, the Foreign Representative of China Medical Technologies, Inc.,

    Appellant,

-v-

Paul, Weiss, Rifkind, Wharton & Garrison LLP, et al.,

    Appellees.

No. 15-cv-00167-RA

ECF CASE

**NOTICE OF WITHDRAWAL OF APPELLANT'S MOTION FOR REHEARING OR CLARIFICATION**

Appellant, Kenneth M. Krys, the Foreign Representative of China Medical Technologies, Inc., hereby withdraws Appellant's Motion for Rehearing or Clarification, filed October 13, 2015. [Dkt. 34.]

Dated: October 27, 2015

Respectfully submitted,

LEWIS BAACH PLLC

By: *s/ Jack B. Gordon*
Eric L. Lewis
Jack B. Gordon
1899 Pennsylvania Ave., NW, Suite 600
Washington, DC 20006
Tel: 202-833-8900
Fax: 202-466-5738
eric.lewis@lewisbaach.com
jack.gordon@lewisbaach.com

*Attorneys for the Foreign Representative*

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

10/29/15